■ In the Matter of AARON TAYLOR, Petitioner, v GLENN S. GOORD, as Commissioner of New York State Department of Correctional Services, Respondent. [749 NYS2d 757] —CPLR article 78 proceeding transferred to this Court by an order of Supreme Court, Wyoming County (Dadd, J.), entered May 10, 2002, seeking review of a determination placing petitioner in administrative segregation.

It is hereby ordered that said proceeding be and the same hereby is unanimously dismissed without costs as moot (*see Matter of Free v Coombe*, 234 AD2d 996). Present—Green, J.P., Hayes, Hurlbutt, Burns and Gorski, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TIMOTHY C. JACOBS, Appellant. [749 NYS2d 758] —Appeal from a judgment of Niagara County Court (Broderick, Sr., J.), entered May 1, 2000, convicting defendant after a jury trial of, inter alia, sodomy in the first degree (two counts).

It is hereby ordered that the judgment be and the same hereby is unanimously modified on the law by reducing the sentence for each count of sodomy in the first degree to a term of imprisonment of 3⅓ to 10 years (*see* Penal Law § 70.02 [former (3) (a)], [former (4)]) and for each count of sexual abuse in the first degree to a term of imprisonment of 2⅓ to 7 years (*see* § 70.00 [2] [d], [3] [former (b)]; § 70.02 [2] [former (b)]) and as modified the judgment is affirmed. Present—Green, J.P., Hayes, Hurlbutt, Burns and Gorski, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JEREMIAH WILKINSON, Appellant. [749 NYS2d 758] —Appeal from a judgment of Supreme Court, Erie County (Buscaglia, J.), entered September 25, 2000, convicting defendant upon his plea of guilty of, inter alia, sexual abuse in the first degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737). Present—Green, J.P., Hayes, Hurlbutt, Burns and Gorski, JJ.